**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | **Chapter 7** |
| | ) | |
| **ANTONIO S. DAVID and** | ) | **CASE NO. 16-19685** |
| **MARJORIE A. DAVID** | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 14th day of March, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                */s/ Peter N. Metrou*
                                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# SERVICE LIST

**Via First-Class Mail**

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040-8999

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Antonio and Marjorie David
506 Larkspur Dr
Bolingbrook, IL 60440-4811

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bk Of Amer
Po Box 45144
Jacksonville, FL 32232-5144

Capital One Bank Usa N
Pob 30281
Salt Lake City, UT 84130-0281

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citibankna
Po Box 6181
Sioux Falls, SD 57117-6181

Comenity Bank/anntylr
Po Box 182273
Columbus, OH 43218-2273

Comenity Bank/express
4590 E Broad St
Columbus, OH 43213-1301

Comenity Bank/limited
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/roomplce
Po Box 182789
Columbus, OH 43218-2789

DITECH FINANCIAL LLC
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

First Merit Bank
295 First Merit Cir
Akron, OH 44307

FIRSTMERIT BANK, N.A.
WW&R
180 N. LASALLE ST., #2400
CHICAGO, IL 60601-2704

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Dept of Employment Securit
Bankruptcy Unit Collection Subdivis
33 S State St 10th Floor
Chicago, IL 60603-2804

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Syncb/lowes
Po Box 956005
Orlando, FL 32896-0001

Nordstrom/td
Po Box 13589
Scottsdale, AZ 85267-3589

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

SERVICE LIST

**Via ECF**

| Patrick S Layng | Julie M Gleason | U.S. Bankruptcy Court |
| Office of the U.S. Trustee, Region 11 | Gleason & Gleason LLC | Eastern Division |
| 219 S Dearborn St | 77 W Washington Suite 1218 | 219 S Dearborn |
| Room 873 | Chicago, IL 60602-3246 | 7th Floor |
| Chicago, IL 60604-2027 | | Chicago, IL 60604-1702 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANTONIO S DAVID | § | Case No. 16-19685 |
| MARJORIE A DAVID | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on April 7, 2017 in
                        Joliet City Hall
                        150 West Jefferson, 2nd Floor
                        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/14/2017                        By: /s/ Peter N. Metrou
                                                                                                             Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANTONIO S DAVID | § | Case No. 16-19685 |
| MARJORIE A DAVID | § | |
| | § | |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 38.26 |
| leaving a balance on hand of[1] | $ | 7,961.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Peter N. Metrou | $ 71.94 | $ 0.00 | $ 71.94 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,621.94 |
| Remaining Balance | | | $ 6,339.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,718.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 15,349.20 | $ 0.00 | $ 1,685.97 |
| 2 | FIRST MERIT BANK NA | $ 4,892.56 | $ 0.00 | $ 537.40 |
| 3 | CAPITAL ONE NA | $ 1,330.94 | $ 0.00 | $ 146.19 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,673.27 | $ 0.00 | $ 952.68 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 7,823.85 | $ 0.00 | $ 859.38 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 13,746.51 | $ 0.00 | $ 1,509.93 |
| 7 | DEPARTMENT STORE NATIONAL BANK | $ 1,729.79 | $ 0.00 | $ 190.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK | $ 2,570.19 | $ 0.00 | $ 282.31 |
| 9 | SYNCHRONY BANK | $ 836.07 | $ 0.00 | $ 91.83 |
| 10 | SYNCHRONY BANK | $ 765.79 | $ 0.00 | $ 84.11 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,339.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.