UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANTONIO S DAVID | § | Case No. 16-19685 |
| MARJORIE A DAVID | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 175,000.00                  Assets Exempt: 338,625.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,339.80     Claims Discharged
                                                Without Payment: 233,016.37

Total Expenses of Administration: 1,660.20

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 181,638.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,660.20 | 1,660.20 | 1,660.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,182.00 | 57,718.17 | 57,718.17 | 6,339.80 |
| **TOTAL DISBURSEMENTS** | $ 196,820.00 | $ 59,378.37 | $ 59,378.37 | $ 8,000.00 |

  4)  This case was originally filed under chapter 7 on  06/15/2016 .  The case was pending for 12 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  06/05/2017          By:/s/Peter N. Metrou, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Toyota 4runner 60,000 miles | 1129-000 | 6,000.00 |
| 2010 Chevy Camaro | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer, Po Box 45144 Jacksonville, FL 32232 | | 4,377.00 | NA | NA | 0.00 |
| | Ditech Financial Llc, 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | 162,091.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Merit Bank, 295 First Merit Cir Akron, OH 44307 | | 15,170.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 181,638.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Peter N. Metrou | 2200-000 | NA | 71.94 | 71.94 | 71.94 |
| LTD. International Sureties | 2300-000 | NA | 4.52 | 4.52 | 4.52 |
| Associated Bank | 2600-000 | NA | 33.74 | 33.74 | 33.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,660.20** | **$ 1,660.20** | **$ 1,660.20** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 13,746.51 | 13,746.51 | 1,509.93 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 15,182.00 | 15,349.20 | 15,349.20 | 1,685.97 |
| 3 | CAPITAL ONE NA | 7100-000 | NA | 1,330.94 | 1,330.94 | 146.19 |
| 7 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 1,729.79 | 1,729.79 | 190.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 2,570.19 | 2,570.19 | 282.31 |
| 2 | FIRST MERIT BANK NA | 7100-000 | NA | 4,892.56 | 4,892.56 | 537.40 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 8,673.27 | 8,673.27 | 952.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 7,823.85 | 7,823.85 | 859.38 |
| 10 | SYNCHRONY BANK | 7100-000 | NA | 765.79 | 765.79 | 84.11 |
| 9 | SYNCHRONY BANK | 7100-000 | NA | 836.07 | 836.07 | 91.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 15,182.00 | $ 57,718.17 | $ 57,718.17 | $ 6,339.80 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 16-19685 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ANTONIO S DAVID | | | | Date Filed (f) or Converted (c): | 06/15/2016 (f) |
| | MARJORIE A DAVID | | | | 341(a) Meeting Date: | 07/11/2016 |
| For Period Ending: | 06/05/2017 | | | | Claims Bar Date: | 11/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 506 Larkspur Dr. Bolingbrook, IL 60440 | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. 2008 BMW 328i 55,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. 2010 Chevy Camaro | 12,000.00 | 2,198.00 | | 2,000.00 | FA |
| 4. 2009 Toyota 4runner 60,000 miles | 11,000.00 | 8,600.00 | | 6,000.00 | FA |
| 5. MISC. household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. consumer Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 7. Books, pictures, videos, and DVDs | 300.00 | 0.00 | | 0.00 | FA |
| 8. Taurus 9mm, Ruger 40mm and a long rifle | 700.00 | 0.00 | | 0.00 | FA |
| 9. Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. MISC. costume jewelry, wedding bands, watches | 400.00 | 0.00 | | 0.00 | FA |
| 11. cash on hand | 75.00 | 0.00 | | 0.00 | FA |
| 12. checking: Chase | 350.00 | 0.00 | | 0.00 | FA |
| 13. credit Union: Healthcare Credit Union | 400.00 | 0.00 | | 0.00 | FA |
| 14. 401k w/current employer | 280,000.00 | 0.00 | | 0.00 | FA |
| 15. 401k from old job | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Workers compensation case | 17,000.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance Policy w/Penn Mutual - No CSV | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $530,225.00          $10,798.00          $8,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Investigate equity in vehicles 7/11/2016.  Motion to approve settlement of equity in vehicle approved by court see dck#'24.  Claims review process 1/3/2016. Filed NFR and Fee App on 3/14/17 see Dkt#'s 32 & 33.

Exhibit 8

Initial Projected Date of Final Report (TFR): 05/30/2017        Current Projected Date of Final Report (TFR): 05/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-19685 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ANTONIO S DAVID | Bank Name: | Associated Bank |
|  | MARJORIE A DAVID | Account Number/CD#: | XXXXXX5777 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4292 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/05/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/16 |  | Marjorie A. David<br>Debtors' Address | Court Approved Payment<br>Court approved settlement on two vehicles per dckt# 24 |  | $8,000.00 |  | $8,000.00 |
|  |  |  | Gross Receipts $8,000.00 |  |  |  |  |
|  | 3 |  | 2010 Chevy Camaro $2,000.00 | 1129-000 |  |  |  |
|  | 4 |  | 2009 Toyota 4runner 60,000 miles $6,000.00 | 1129-000 |  |  |  |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $7,990.00 |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $11.88 | $7,978.12 |
| 02/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $11.86 | $7,966.26 |
| 02/07/17 | 1001 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 |  | $4.52 | $7,961.74 |
| 04/07/17 | 1002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution |  |  | $1,621.94 | $6,339.80 |
|  |  | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,550.00) | 2100-000 |  |  |  |
|  |  | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($71.94) | 2200-000 |  |  |  |
| 04/07/17 | 1003 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 1 representing a payment of 10.98 % per court order. | 7100-000 |  | $1,685.97 | $4,653.83 |
| 04/07/17 | 1004 | FIRST MERIT BANK NA<br>C/O WELTMAN, WEINBERG & REIS<br>180 NORTH LASALLE STREET, SUITE 2400<br>CHICAGO, ILLINOIS 60601 | Final distribution to claim 2 representing a payment of 10.98 % per court order. | 7100-000 |  | $537.40 | $4,116.43 |
|  |  |  | Page Subtotals: |  | $8,000.00 | $3,883.57 |  |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-19685 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ANTONIO S DAVID | Bank Name: | Associated Bank |
| | MARJORIE A DAVID | Account Number/CD#: | XXXXXX5777 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4292 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 1005 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 3 representing a payment of 10.98 % per court order. | 7100-000 | | $146.19 | $3,970.24 |
| 04/07/17 | 1006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 10.98 % per court order. | 7100-000 | | $952.68 | $3,017.56 |
| 04/07/17 | 1007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 10.98 % per court order. | 7100-000 | | $859.38 | $2,158.18 |
| 04/07/17 | 1008 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 6 representing a payment of 10.98 % per court order. | 7100-000 | | $1,509.93 | $648.25 |
| 04/07/17 | 1009 | DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Final distribution to claim 7 representing a payment of 10.98 % per court order. | 7100-000 | | $190.00 | $458.25 |
| 04/07/17 | 1010 | DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Final distribution to claim 8 representing a payment of 10.98 % per court order. | 7100-000 | | $282.31 | $175.94 |
| 04/07/17 | 1011 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Distribution | | | $175.94 | $0.00 |
| | | SYNCHRONY BANK | Final distribution to claim 9 representing a payment of 10.98 % per court order. | ($91.83) | 7100-000 | | |

Page Subtotals: $0.00  $4,116.43

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-19685 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ANTONIO S DAVID | Bank Name: Associated Bank |
| MARJORIE A DAVID | Account Number/CD#: XXXXXX5777 |
| | Checking |
| Taxpayer ID No: XX-XXX4292 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | SYNCHRONY BANK | Final distribution to claim 10 representing a payment of 10.98 % per court order. | ($84.11) 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

Page Subtotals: $0.00  $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5777 - Checking | $8,000.00 | $8,000.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals: $0.00 $0.00